■ RAFAEL PIMENTEL, Individually and as Administrator of the Estate of KATTY M. PIMENTEL, Deceased, Respondent, v 2275 HOLDING, LTD., et al., Defendants, and BRONX LEBANON HOSPITAL CENTER et al., Appellants. MILADY PIMENTEL et al., Respondents, v NARENDRA BHALODKAR et al., Defendants, and MAUREEN PAUL et al., Appellants. [654 NYS2d 289] —Order, Supreme Court, Bronx County (Howard Silver, J.), entered May 1, 1996, which, to the extent appealed from, granted plaintiffs an extension of time to serve a bill of particulars on each of the defendants-appellants, and order, same court and Justice, entered June 17, 1996, which, to the extent appealed from, granted plaintiffs a further extension of time to serve bills of particulars, unanimously affirmed, with costs.

The motion court did not improvidently exercise its discretion in granting plaintiffs final opportunities to provide the required bills of particulars (*see, e.g., Kolner, Inc. v Dziadul*, 55 AD2d 716). We have considered defendants-appellants' remaining arguments and find them to be without merit. Concur—Sullivan, J. P., Rosenberger, Ellerin and Williams, JJ.